# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR03-00259 |
| CASE NAME: | USA v. Shane Harvest |
| ATTYS FOR PLA: | Gabriel Colwell |
| ATTYS FOR DEFT: | Donna Gray |
| PROBATION OFFICER: | Timothy Jenkins |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 8/15/2006 | TIME: | 11:03-11:25:38am |

COURT ACTION:  EP: Order to Show Cause Why Probation Should Not Be Revoked - defendant present, not in custody.

Defendant admits to all of the violations.  Court finds that defendant is in violation of the terms/conditions of his probation.

Court will extend the term of supervision for an additional year for a total of three years and impose the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5. That the defendant shall refrain from any unlawful use of a controlled substance.

6. That the remaining restitution balance of $3,883.67 is due immediately but shall be paid in total no later than 12/31/06 to Mr. Rodd Wilson, Hawaii District Naval

       Exchange, but at a rate of not less than 10 percent of his monthly gross income. Defendant to submit to garnishment of those wages.

7. That the remaining balance of the fine of $250 is due immediately, to be paid no later than 12/31/06, but at a rate of not less than 10 percent of his monthly gross income and subject to garnishment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

10. That the defendant shall maintain a single personal bank account, separate and apart from any family member or others, into which all income, financial proceeds, and gains shall be deposited and from which all expenses be paid.

11. That the defendant shall secure and maintain gainful, full-time employment (at least 40 hours per week) at the discretion and direction of the Probation Office.

12. That the defendant shall submit to voluntary payroll deduction at the discretion and direction of the Probation Office.

Submitted by: Shari Afuso, Courtroom Manager