ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 03-00259 -01 |
| SHANE HARVEST<br>(Name and Address of Defendant) | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>AUG 16 2006<br>at 9 o'clock and 40 min A M<br>SUE BEITIA, CLERK |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br>AUGUST 14, 2006 AT 2:00 PM |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title United States Code, Section(s) .

Brief description of offense:
Order to show cause why supervision should not be revoked

[U.S. Postal Service Certified Mail Receipt stamp]
Sent To: S. Harvest 08/11/06 03-00259-1

[RECEIVED U.S. MARSHALS SERVICE 2006 AUG 11 AM 8:10]

AUGUST 10, 2006
Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Shane Harvest
   44124 Malulani Place
   Kaneohe, HI  96744

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)          C. Date of Delivery
                                           8/12/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article
   (Tran

PS For                                  02595-02-M-1540

